UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARABIAN MOTORS GROUP W.L.L.,

    Plaintiff,

v.

    Case No. 16-cv-13655
    Hon. Matthew F. Leitman

FORD MOTOR COMPANY,

    Defendant.

_____/

### ORDER REQUIRING FORD MOTOR COMPANY TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF #21)

On February 2, 2017, Plaintiff Arabian Motors Group W.L.L. filed a Motion for Reconsideration of the Court's Opinion and Order Denying Plaintiff's Motion for a Preliminary Injunction Staying Arbitration (the "Motion for Reconsideration"). (ECF #21.) **IT IS HEREBY ORDERED** that Defendant Ford Motor Company shall respond to the Motion for Reconsideration by not later than February 17, 2017.

On pages 8-9 of the Motion for Reconsideration (Pg. ID 683-84), Plaintiff cites and applies two canons of statutory construction (the "Canons"). In Ford's response, Ford shall address (1) whether Plaintiff has previously cited and/or presented arguments based upon the Canons, (2) if Plaintiff has not done so, whether Plaintiff's arguments concerning the Canons are properly presented to the

1

Court in the Motion for Reconsideration, and (3) assuming that Plaintiff's arguments concerning the Canons are properly before the Court, whether the correct application of the Canons requires the Court to reach a different result on the underlying motion for preliminary injunction. Ford may also address any other arguments raised in the Motion for Reconsideration.

**IT IS SO ORDERED.**

Dated: February 3, 2017

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113