UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARABIAN MOTORS GROUP, W.L.L.,

                Plaintiff,

v.

FORD MOTOR COMPANY,

                Defendant.

Civ. No. 2:16-cv-13655-MFL-EAS

Hon. Matthew F. Leitman

Mag. Judge Elizabeth A. Stafford

## **JUDGMENT**

In accordance with the Order (1) Denying Plaintiff's Motion to Vacate Arbitration Award (ECF #32) and (2) Granting Defendant's Cross-Motion to Confirm Arbitration Award (ECF #35), dated April 25, 2018,

IT IS ADJUDGED AND ORDERED that the Final Award of the International Arbitration Tribunal of the International Centre for Dispute Resolution in the matter entitled <u>Ford Motor Company, Claimant vs. Arabian Motors Group, W.L.L., Respondent</u>, Case No. 01-16-0001-1181, dated December 4, 2017 (the "Final Award") is confirmed pursuant to 9 U.S.C. §§ 9 and 207, and judgment is entered against Defendant Arabian Motors Group, W.L.L. ("AMG") in terms of the Award as follows:

a. Ford Motor Company ("Ford") properly terminated the Global Importer Dealer Sales and Service Agreement (the "GIDSSA"), dated May 2, 2005, between Ford and Arabian Motors Group W.L.L. ("AMG"), at will pursuant to paragraph 13(e) of the GIDSSA;

b. Ford properly terminated the GIDSSA for cause under paragraph 13(b)(1) of the GIDSSA as a consequence of unauthorized transfers of ownership, and unauthorized changes in management, in violation of paragraph F of the GIDSSA;

c. Ford properly terminated the GIDSSA for cause under paragraph 13(b)(4) of the GIDSSA as a consequence of a disagreement between Hamad Al Wazzan and Adnan Al Wazzan, both of whom are named in paragraph F of the GIDSSA, which in Ford's "opinion tends to affect adversely the operation or business of the Dealer or the good name, goodwill or reputation of the Dealer, other authorized dealers of the Company, Affiliates, or Company Products";

d. The termination of the GIDSSA was effective as of July 27, 2016;

e. AMG shall comply with the obligations listed in Paragraph 15 of the GIDSSA including, without limitation:

> (1) remove all signs erected or used by the Dealer, and bearing the name "Ford" or any other trademark or trade name used or claimed by the Company or any Affiliate, (except as such use may be permitted under existing agreements with the Company relating to products of the Company or any Affiliate other than Company Products),

or any word indicating the Dealer is an authorized dealer in Company Products, (2) erase or obliterate from letterheads, stationery, business forms and other papers used by the Dealer or by any business associated or affiliated with the Dealer the word "Ford" and all other above described trademarks and trade names, and all words indicating the Dealer is an authorized dealer in Company Products, (3) permanently discontinue all advertising of the Dealer as an authorized dealer in Company Products, (4) refrain from doing anything whether or not specified above that would indicate the Dealer is or was an authorized dealer in Company Products, and (5) remove any such trademark, trade name, coined word or combination which has been used, with the prior permission of the Company, in the Dealer's firm name or trade name;

    f.    Ford shall recover from AMG the amount of one million three hundred fifty-one thousand seven hundred sixty-three and 94/100 dollars ($1,351,763.94), together with post-judgment interest at the rate of 2.23% per annum.

DAVID J. WEAVER
CLERK OF COURT

By: s/Holly A. Monda
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: June 6, 2018
Flint, Michigan

Approved as to form only.

| | |
|---|---|
| /s/ Clay A. Guise | /s/ John B. Alfs |
| DYKEMA GOSSETT PLLC | CLARK HILL PLC |
| Clay A. Guise (P59055) | John B. Alfs |
| 39577 Woodward Avenue, Suite 300 | 151 S. Old Woodward Avenue |
| Bloomfield Hills, MI 48304 | Birmingham, MI 48009 |
| (248) 203-0797 | (248) 988-5841 |
| cguise@dykema.com | jalfs@clarkhill.com |
| | |
| HOGAN LOVELLS US LLP | FULLER & MYERS |
| John J. Sullivan | Loula M. Fuller |
| 875 Third Avenue | 106 E. College Ave., Suite 1450 |
| New York, NY 10022 | Tallahassee, FL 32301 |
| (212) 918-3000 | (850) 577-0058 |
| john.sullivan@hoganlovells.com | lfuller@fuller-myers.com |
| | |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Ford Motor Company | Arabian Motors Group, W.L.L. |