UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARABIAN MOTORS GROUP W.L.L.,

    Plaintiff,

v.

FORD MOTOR COMPANY,

    Defendant.

Case No. 16-cv-13655
Hon. Matthew F. Leitman

_____/

**ORDER (1) DENYING PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT (ECF No. 46) AND (2) SETTING SCHEDULE**

On January 10, 2020, Plaintiff Arabian Motors Group W.L.L. ("Arabian Motors") filed a Motion for Entry of Final Judgment (ECF No. 46). Defendant Ford Motor Company responded to the motion on January 31, 2020. (*See* Resp., ECF No. 47.) The Court thereafter directed both parties to submit proposed judgments to aid the Court in its consideration of Arabian Motors' motion, and both parties submitted such judgments. (*See* ECF Nos. 50 & 51.) The Court reviewed the proposed judgments with the parties during an on-the-record video status conference on April 20, 2020.

For the reasons explained on the record during the conference, the Court does not believe that either proposed judgment accurately reflects the intended rulings of

1

the Court up to this point. Accordingly, **IT IS HEREBY ORDERED** that Arabian Motors' Motion for Entry of Final Judgment (ECF No. 46) is **DENIED**.

As further explained on the record, by not later than **MAY 18, 2020**, Ford shall file an answer or otherwise respond to the Complaint.

**IT IS SO ORDERED**.

Dated: April 20, 2020

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764