UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARABIAN MOTORS GROUP W.L.L.,

    Plaintiff,

v.

                    Case No. 16-cv-13655
                    Hon. Matthew F. Leitman

FORD MOTOR COMPANY,

    Defendant.

_____/

### ORDER (1) DENYING FORD MOTOR COMPANY'S MOTION TO DISMISS (ECF No. 55) IN PART AND TAKING MOTION UNDER ADVISEMENT IN PART AND (2) SETTING BRIEFING SCHEDULE FOR SUPPLEMENTAL BRIEFS

On May 18, 2020, Defendant Motor Company moved to dismiss this action for lack of subject-matter jurisdiction. (*See* Mot., ECF No. 55.) In the alternative, Ford sought a stay pursuant to the Federal Arbitration Act, 9 U.S.C. § 3. (*See id.*) The Court held an on-the-record video status conference with the parties to discuss the motion on August 18, 2020.

For the reasons explained during the status conference, to the extent that Ford seeks dismissal based upon a lack of subject-matter jurisdiction, its motion is **DENIED**. To the extent that Ford seeks a stay under the Federal Arbitration Act, that portion of the motion is **TAKEN UNDER ADVISEMENT**.

In addition, the parties shall submit supplemental briefs as described on the record during the status conference. Ford shall file its supplemental brief by no later than **September 4, 2020**. Plaintiff Arabian Motors Group, W.L.L. shall file its supplemental brief by no later than **September 25, 2020**.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 18, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 18, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764